# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Carol Maher,

*Plaintiff,*

v.                                               Case No. 0:13–cv–02202–ADM–JJG

Sempris, LLC, et al.,

*Defendant.*

### SUMMONS IN A CIVIL ACTION

To:   Sempris, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert K Shelquist
> 100 Washington Ave S Ste 2200
> Mpls, MN
> 55401–2179

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF*
*COURT*

By:



Signature of Clerk or Deputy Clerk

Janelle Zuech

Date of Issuance:   August 14, 2013

## Summons and Complaint Return of Service

Case No. 0:13–cv–02202–ADM–JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:       Sempris, LLC

Date of Service: _____

## Method of Service

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

_____ Other (specify):

_____
_____
_____

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**    Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Carol Maher,

*Plaintiff,*

v.                                                          Case No. 0:13−cv−02202−ADM−JJG

Sempris, LLC, et al.,

*Defendant.*

### SUMMONS IN A CIVIL ACTION

To:   Health Pure Products, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert K Shelquist
> 100 Washington Ave S Ste 2200
> Mpls, MN
> 55401−2179

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*          By:



Signature of Clerk or Deputy Clerk

Janelle Zuech

Date of Issuance:   August 14, 2013

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:13−cv−02202−ADM−JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Health Pure Products, LLC

Date of Service: _____

## Method of Service

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

_____ Other (specify):

_____
_____
_____

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Carol Maher,

*Plaintiff,*

v.                                                                Case No. 0:13−cv−02202−ADM−JJG

Sempris, LLC, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: John Doe

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert K Shelquist
> 100 Washington Ave S Ste 2200
> Mpls, MN
> 55401−2179

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF*          By:
*COURT*



Signature of Clerk or Deputy Clerk

Janelle Zuech

Date of Issuance:  <u>August 14, 2013</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:13–cv–02202–ADM–JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:          John Doe

Date of Service: _____

## Method of Service

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

_____ Other (specify):

_____
_____
_____

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____