| Attorney or Party without Attorney: <br> ROBERT K. SHELQUIST ESQ., Bar #21310X <br> LOCKRIDGE GRINDAL NAUEN, P.L.L.P. <br> 100 WASHINGTON AVENUE SOUTH <br> SUITE 2200 <br> MINNEAPOLIS, MN 55401 <br> Telephone No: 612-339-6900   FAX No: 612-339-0981 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Ref. No. or File No.: |
|---|

*Insert name of Court, and Judicial District and Branch Court:*

*Plaintiff:* CAROL MAHER
*Defendant:* SEMPRIS, LLC

| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 0:13-CV-02202 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT

3. a. *Party served:*          HEALTH PURE PRUDUCTS, LLC
   b. *Person served:*        AARON THOMAS, UPS STORE CLERK, White, Male, 23 Years Old, Brown Hair, 5 Feet 6 Inches, 150 Pounds

4. *Address where the party was served:*   650 N. ROSE DRIVE
                                            SUITE 136
                                            PLACENTIA, CA 92870

5. *I served the party:*
   b. **by substituted service.** On: Fri., Aug. 16, 2013 at: 1:41PM by leaving the copies with or in the presence of:
        AARON THOMAS, UPS STORE CLERK, White, Male, 23 Years Old, Brown Hair, 5 Feet 6 Inches, 150 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:   HEALTH PURE PRUDUCTS, LLC
   Other:   LLC

7. *Person Who Served Papers:*
   a. BRYAN CANAS



   **2300 P Street**
   **Sacramento, CA 95816**
   **(916) 498-0808**
   **FAX (916) 498-0817**

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $60.00
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:   2013014777
       (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Aug. 19, 2013

                                                                               *B. CANAS*
                                                                               (BRYAN CANAS)

   Judicial Council Form POS-010              PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS IN A CIVIL CASE                       rksh.232987

| Attorney or Party without Attorney:<br>ROBERT K. SHELQUIST ESQ., Bar #21310X<br>LOCKRIDGE GRINDAL NAUEN, P.L.L.P.<br>100 WASHINGTON AVENUE SOUTH<br>SUITE 2200<br>MINNEAPOLIS, MN 55401<br>Telephone No: 612-339-6900    FAX No: 612-339-0981 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| Plaintiff: CAROL MAHER | | | | | |
| Defendant: SEMPRIS, LLC | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | | Case Number:<br>0:13-CV-02202 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Aug. 16, 2013
   b. Place of Mailing:         SACRAMENTO, CA 95816
   c. Addressed as follows:     HEALTH PURE PRUDUCTS, LLC
                                650 N. ROSE DRIVE
                                SUITE 136
                                PLACENTIA, CA 92870

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Aug. 16, 2013 in the ordinary course of business.

5. *Person Serving:*                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LAURI GREENBERG                        d. *The Fee for Service was:*    $60.00
   b. MOE'S PROCESS SERVING, INC.            e. I am: (3) registered California process server
      2300 P STREET                              (i)   Employee
      SACRAMENTO, CA 95816                       (ii)  Registration No.:
   c. 916 498-0808, FAX 916-498-0817             (iii) County:

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Mon, Aug. 19, 2013*

Judicial Council Form POS-010                    PROOF OF SERVICE              (LAURI GREENBERG)          rksh.232987
Rule 2.150.(a)&(b) Rev January 1, 2007              By Mail