# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CAROL MAHER,

        Plaintiff,

vs.

SEMPRIS, LLC, *et al.*

        Defendants.

Case Number:  13-cv-2202 (ADM/JJG)

**DEFENDANT SEMPRIS, LLC'S
MOTION TO STAY**

To:    Robert K. Shelquist, 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401

Steven L. Woodrow, Megan Lindsey, Alicia Hwang, Edelson LLC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 6065.

Defendant Sempris, LLC hereby moves the Court for an order staying this case until the Joint Panel on Multidistrict Litigation has ruled on Sempris's forthcoming petition to transfer and consolidate this and other similar matters, or, in the alternative, an order extending by fourteen (14) days from the date of the Court's Order on this Motion the time for Sempris to answer or otherwise plead in response to the Complaint.  A more particular statement of the grounds for this motion will be set forth in Sempris's Memorandum in Support of Motion to Stay and Proposed Order, all of which shall be served and filed in accordance with the requirements of Local Rule 7.1.

2

Dated: October 18, 2013

s/ Aaron D. Van Oort

Aaron D. Van Oort
Bar Number 315539
Attorney for Defendant Sempris, LLC
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN   55402-3901
Phone:  612.766.7000
Fax:  612.766.1600
Aaron.VanOort@faegrebd.com

2235797.1